JOSEPH STELWAGON CO. v. CHILDS.

(Circuit Court of Appeals, Third Circuit. May 21, 1900.)

No. 9.

PATENTS—INFRINGEMENT—ROOFING MATERIAL.

The Childs patent, No. 429,885, for an improved roofing material, consisting of an upper and lower layer of paper or other fabric, between which is interposed a layer of bituminous or other similar material, *held* valid and infringed.

Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania.

W. C. Strawbridge, for appellant.

Charles G. Coe, for appellee.

Before ACHESON, DALLAS, and GRAY, Circuit Judges.

DALLAS, Circuit Judge. Attentive consideration of this record and of the arguments of counsel has led us all to the conclusion which was arrived at by the court below. 99 Fed. 87. The opinion which was filed by the learned judge of that court has our entire concurrence. We might, of course, express the same views in different terms and at greater length, but no useful purpose would be subserved by doing so. The decree is affirmed.